82,703-01

WR-82,703-01

TO: ABEL ACOSTA,CLERK § 

FROM: DONALD CAMPBELL § 

P O BOX 2546 § 

HARKER HEIGHTS TEXAS 76548 § 

§

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

ABEL,

I AM WRITING IN RESPONSE TO THE LETTER THAT I RECEIVED FROM YOU REGARDING THE COURTS DECISION TO HAVE MARTIN COUNTY RESPOND WITHIN TEN DAYS OF THE ORDER AS OF JULY 30th 2015. I BELIEVE THAT MARTIN COUNTY HAS YET TO RESPOND. THIS MUST CONVINCE THE COURT THAT MY ARGUMENT IS VALID. IN THAT MARTIN COUNTY WOULD NEVER RESPOND TO ME. IS THERE ANYTHING YOU COULD TELL ME ABOUT THE STATUS OF MY MANDAMUS? I NEED THIS COURT TO REVIEW MY 11:07. THE REST OF MY LIFE HANGS ON THE DECISION OF THIS COURT.ANY INFORMATION YOU COULD GIVE ME WOULD BE GREATLY APPRECIATED, THANK YOU.

SINCERELY

Donald Campbell